JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERHAT SENGOK and ROXANNE BECHTOLD, | ) | Case No. CV 08-03272 DDP (FMOx) |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICE ("CIS"); JANE ARELLANO, DIRECTOR OF CIS' LOS ANGELES DISTRICT OFFICE; JONATHAN SCHARFEN, ACTING DIRECTOR OF CIS; MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ROBERT S. MUELLER III, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATIONS and MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

THE COURT ORDERS that this action be, and hereby is DISMISSED.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 8, 2008

_____
DEAN D. PREGERSON
United States District Judge